DOCKET No. 16 Mag 2665 DEFENDANT: Craig Smith

AUSA Michael D. Neff DEF.'S COUNSEL John J. Kenney

☐ RETAINED ☐ FEDERAL DEFENDERS ☒ CJA

☐ ____________ INTERPRETER NEEDED ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☒ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.
A/W issued 4/25/16
☐ Other: ____________

DATE OF ARREST 4/28 ☒ VOL. SURR.
TIME OF ARREST 9:30 AM ☐ ON WRIT
TIME OF PRESENTMENT 3:45 PM

BAIL DISPOSITION

U.S. DISTRICT COURT FILED APR 28 2016 S.D. OF N.Y.

☐ DETENTION ON CONSENT W/O PREJUDICE ☐ DETENTION: RISK OF FLIGHT/DANGER ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR ____________
☒ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ 100K PRB
☒ 2 FRP
☐ SECURED BY $ ____ CASH/PROPERTY: ____________
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ ____________

DOC #

☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION ☒ STRICT PRETRIAL SUPERVISION
☒ DRUG TESTING/TREATMENT ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS No possession of firearms; Δ to seek & maintain employment; no contact w/ co-Δs, witnesses or victims outside presence of counsel; no new credit card applications

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY 5/5/16
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: ____________
____________ ; REMAINING CONDITIONS TO BE MET BY ____________

COMMENTS/ADDITIONAL PROCEEDINGS:

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY ☐ CONFERENCE BEFORE D.J. ON ____________
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL ____________

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING 5/31 ☒ ON DEFENDANT'S CONSENT

DATE: April 28, 2016 [signature]

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE PINK - U.S. ATTORNEY'S OFFICE YELLOW - U.S. MARSHAL GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2